Slip Op. 04 - 50

# UNITED STATES COURT OF INTERNATIONAL TRADE

_____

AMERICAN SILICON TECHNOLOGIES, :
ELKEM METALS COMPANY, :
GLOBE METALLURGICAL, INC. and :
SKW METALS & ALLOYS, INC., :
:
       Plaintiffs, :
:
       v. : **Before: MUSGRAVE, JUDGE**
:
UNITED STATES : Consolidated Court No. 97-02-00267
:
       Defendant, :
:
       and :
:
COMPANHIA BRASILEIRA :
CARBURETO DE CALCIO, :
COMPANHIA FERROLIGAS :
MINAS GERIAS-MINASLIGAS and :
RIMA INDUSTRIAL S/A, :
:
       Defendant-Intervenors. :
_____:

**JUDGMENT**

Upon review of _Silicon Metal From Brazil: Final Results of Redetermination Pursuant to Court Remand_ (Dec. 15, 2003) ("_Remand Results_") and consideration of the comments submitted by the parties, it is hereby

**ORDERED** that, as the _Remand Results_ are consistent with the Federal Circuit's decision, _American Silicon Technologies v. United States_, 334 F.3d 1033 (Fed. Cir. 2003), the _Remand Results_ are sustained in their entirety; and it is further

ORDERED that, all issues having been decided, judgment for the Defendant is entered in this action.

_____/s/  R. Kenton Musgrave_____
R. KENTON MUSGRAVE, JUDGE

Dated:  May 13, 2004
        New York, New York